DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY DENARD


                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-0127 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | |
| ANTHONY DENARD, | ) | Date:  August 15, 2008 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, |
| _____ | ) | Jr. |

        It is hereby stipulated and agreed to between the United States of

America through Jason Hitt, Assistant United States Attorney, and

ANTHONY DENARD, by and through his counsel, Matthew C. Bockmon,

Assistant Federal Defender, that the status conference presently

scheduled for June 13, 2008, be vacated and rescheduled for status

conference on August 15, 2008, at 9:00 a.m.

        This continuance is being requested because defense counsel is

awaiting DNA results.

        IT IS FURTHER STIPULATED that the period from June 13, 2008,

through and including August 15, 2008, be excluded in computing the

time within which trial must commence under the Speedy Trial Act,

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
continuity and preparation of counsel.

                                    Respectfully submitted,

Dated: June 12, 2008

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ANTHONY DENARD


Dated: June 12, 2008

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    per telephonic authority



                           **O R D E R**

IT IS SO ORDERED.

Dated:  June 12, 2008


                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge