UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:08-cr-127 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Anthony Denard, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Anthony Denard__ Case __2:08-cr-127 GEB__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

___   Unsecured bond in the amount of

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) __PTS conditions/supervision;__

Issued at __Sacramento, CA__ on __6/17/08__   at __3 p.m.__:

By _____
Kimberly J. Mueller,
United States Magistrate Judge