DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY DENARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-0127 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| ANTHONY DENARD, | ) Date: August 15, 2008 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant United States Attorney, and ANTHONY DENARD, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for August 15, 2008, be vacated and rescheduled for status conference on August 29, 2008, at 9:00 a.m.

This continuance is being requested because counsel for plaintiff and defendant are out of town and currently unavailable.

IT IS FURTHER STIPULATED that the period from August 15, 2008, through and including August 29, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act,

1 | pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
2 | continuity and preparation of counsel.

3 |                           Respectfully submitted,

4 | Dated: August 13, 2008

5 |                           DANIEL J. BRODERICK
                          Federal Defender

6 |                           /s/ Matthew C. Bockmon

7 |                           _____
                          MATTHEW C. BOCKMON

8 |                           Assistant Federal Defender
                          Attorney for Defendant

9 |                           ANTHONY DENARD

10 |

11 | Dated: August 13, 2008

12 |                           MCGREGOR W. SCOTT
                          United States Attorney

13 |

14 |                           /s/ Matthew C. Bockmon for

                          _____

15 |                           JASON HITT
                          Assistant U.S. Attorney
                          per telephonic authority

16 |

17 |

18 |                     **O R D E R**

19 | IT IS SO ORDERED.

20 | Dated:  August 13, 2008

21 |

22 | _____
                    GARLAND E. BURRELL, JR.

23 |                     United States District Judge