McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-08-0127 GEB |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS THE |
| | ) | INDICTMENT AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| ANTHONY DENARD, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

_____The United States of America, through its attorney of record,

Assistant U.S. Attorney Jason Hitt, hereby moves for an order

dismissing the indictment against defendant Anthony DENARD pursuant

to Federal Rule of Criminal Procedure 48(a).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1    Based upon the government's ongoing investigation, the

2  undersigned hereby moves to dismiss the sole count of the Indictment

3  in Case No. CR-S-08-0127 GEB in the interests of justice pursuant to

4  Rule 48(a).

5

6                                    Respectfully Submitted,

7                                    McGREGOR W. SCOTT
                                     United States Attorney
8

9  DATED:  August 26, 2008        By:/s/Jason Hitt_____
                                     JASON HITT
10                                   Assistant U.S. Attorney

**ORDER**

     For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

     1.   The Indictment in Case No. CR-S-08-0127 GEB is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

Dated:  August 26, 2008

                                                         _____
                                                  GARLAND E. BURRELL, JR.
                                                   United States District Judge